IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABELL, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO.15-1049 |
| | : | |
| ALLSTATE INSURANCE COMPANY | : | |
| | : | |

## ORDER

AND NOW, this 21st day of September 2018, it appearing the claims of all Plaintiffs have been resolved, it is **ORDERED** the Clerk of Court shall **REMOVE** this matter from the **Civil Suspense Docket** and mark it **CLOSED** for statistical and all other purposes.

_____
KEARNEY, J.